**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> D-LINK SYSTEMS, INC. § <br> § <br> Defendant. § <br> _____ § | Case No: 2:17-cv-398-RWS |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Rothschild Patent Imaging LLC's Unopposed Motion to Amend Order Dismissing Case to a Dismissal with Prejudice. Having considered the circumstances surrounding this matter, as well as the fact that the matter stands fully resolved, the Court finds that the motion should be granted.

Therefore, IT IS ORDERED that all claims asserted by Rothschild Patent Imaging LLC against D-Link Systems, Inc. are dismissed with prejudice, each party to bear its own fees and costs.

SO ORDERED

**SIGNED this 1st day of August, 2017.**

*[signature: Robert W Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE